IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| SHERRY LEE CRUZ, | ) | |
|     Petitioner, | ) | Civil Action No. 7:16cv00318 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TAMMY BROWN, | ) | By: Norman K. Moon |
|     Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Cruz's 28 U.S.C. § 2254 petition is **DISMISSED without prejudice** and this action is **STRICKEN** from the active docket of the court.

Further, finding that Cruz has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send a copy of this order and accompanying memorandum opinion to the petitioner.

**ENTER**: This __13th__ day of July, 2016.

_/s/ Norman K. Moon_
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE